IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NAKITA S. GIBBS, et al.                                           PLAINTIFFS

v.          No. 4:21-cv-1021-DPM
            4:21-cv-1022-DPM
            4:21-cv-1023-DPM
            4:21-cv-1024-DPM
            4:21-cv-1025-DPM
            4:21-cv-1026-DPM
            4:21-cv-1027-DPM
            4:21-cv-1028-DPM
            4:21-cv-1029-DPM
            4:21-cv-1030-DPM
            4:21-cv-1031-DPM
            4:21-cv-1032-DPM
            4:21-cv-1033-DPM
            4:21-cv-1034-DPM
            4:21-cv-1035-DPM
            4:21-cv-1036-DPM
            4:21-cv-1037-DPM
            4:21-cv-1038-DPM
            4:21-cv-1039-DPM
            4:21-cv-1040-DPM
            4:21-cv-1041-DPM
            4:21-cv-1042-DPM
            4:21-cv-1043-DPM
            4:21-cv-1044-DPM
            4:21-cv-1045-DPM
            4:21-cv-1046-DPM

       4:21-cv-1047-DPM
       4:21-cv-1048-DPM
       4:21-cv-1049-DPM
       4:21-cv-1050-DPM
       4:21-cv-1051-DPM
       4:21-cv-1052-DPM
       4:21-cv-1053-DPM
       4:21-cv-1054-DPM
       4:21-cv-1055-DPM
       4:21-cv-1056-DPM
       4:21-cv-1057-DPM
       4:21-cv-1058-DPM
       4:21-cv-1059-DPM
       4:21-cv-1060-DPM
       4:21-cv-1061-DPM
       4:21-cv-1062-DPM

**GARY M. ARNOLD, et al.**           **DEFENDANTS**

## ORDER

  I recuse. I'm a defendant. My impartiality in this case could therefore reasonably be questioned. 28 U.S.C. § 455(a). The Clerk must reassign these cases at random by chip exchange.

  So Ordered.

              _____
              D.P. Marshall Jr.
              United States District Judge

              10 November 2021